IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD CHEAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-886-SMY-SCW |
| | ) |
| CROUSE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

On August 7, 2016, Plaintiff Gerald Cheaves filed this action against Defendant Crouse Corporation alleging violations of the Jones Act, 46 U.S.C. § 688, and general maritime law claims (Doc. 1). Pending before the Court is the Parties' Joint Motion to Transfer Venue (Doc. 8) in which the parties request that the Court transfer this case to the District Court for the Western District of Tennessee, Eastern Division, pursuant to 28 U.S.C. § 1404(a).

"For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division where all parties have consented." A motion to transfer an action pursuant to § 1404(a) is committed to the sound discretion of the district court. *Coffey v. Van Dorn Iron Works*, 796 F.2d 217, 219 (7th Cir. 1986). A transfer under § 1404(a) is appropriate if venue is proper in the transferor court, the action could have been brought in the transferee court, is for the convenience of the parties and witnesses and is in the interest of justice. *Hanley v. Omarc*, *Inc.*, 6 F.Supp.2d 770, 774 (N.D. Ill. 1998).

Here, the requisite requirements for transfer exist. Plaintiff currently resides in the Western District of Tennessee, Eastern Division, and did at the time of the incident giving rise to this lawsuit. Defendant is a Kentucky corporation with its principal place of business in

Kentucky. All of Plaintiff's medical treatment has occurred in Tennessee or Kentucky. The Southern District of Illinois has no connection to this case. Accordingly, for good cause shown, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that this matter be transferred to the United States District Court for the Western District of Tennessee, Eastern Division and the Clerk of Court is **DIRECTED** to take all necessary and appropriate actions to transfer the record in this civil action.

**IT IS SO ORDERED.**

**DATED: December 22, 2016**

**s/ Staci M. Yandle**
**STACI M. YANDLE**
**United States District Judge**
